UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILSON<br><br>    Plaintiff,<br><br>    vs.<br><br>RATER8, LLC, a Delaware Limited Liability Company<br><br>    Defendant. | Case No. 3:21-CV-01476-DMS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

    Pursuant to Southern District of California Local Rule 7.2 and the Joint Motion to Dismiss of the parties, it is hereby ordered that Plaintiff Robert Wilson's individual claims in this action are hereby dismissed with prejudice and the claims of putative class members are dismissed without prejudice. Each party is to bear their own attorney's fees and costs of suit.

    **IT IS SO ORDERED.**

DATED: December 2, 2021

                                                      Hon. Dana M. Sabraw
                                                      United States Chief District Judge